**RKW, LLC**
Stacey Torres (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Attorneys for Defendant*
  *eMerges.com Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION *As assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement Officer,* JANE DOE-2, *a law enforcement Officer,* EDWIN MALDONADO SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN | |
| Plaintiffs, | Civil Action No. |
| v. | |
| E-MERGES.COM INC., RICHARD ROES 1-10, *fictious names of unknown individuals* And ABC COMPANIES 1-10, *fictious Names of unknown entities* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**FED. R. CIV. 7.1 DISCLOSURE STATEMENT OF EMERGES.COM, INC.**

e.Merges.com., Inc., by undersigned counsel files the following disclosure pursuant to Fed. R. Civ. P. 7.1:

1. eMerges.com, Inc., has no parent corporation or any subsidiary corporations.

2. No publicly held corporation holds 10% or more of its stock.

**RKW, LLC**
By:       /s/ *Stacey Torres*
Stacey Torres (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Attorneys for Defendant
  eMerges.com Inc.*