**RKW, LLC**
Stacey Torres, Esq. (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Attorneys for Defendant
  eMerges.com Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION *As assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement Officer,* JANE DOE-2, *a law enforcement Officer,* EDWIN MALDONADO SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>E-MERGES.COM INC., RICHARD ROES 1-10, *fictious names of unknown individuals* And ABC COMPANIES 1-10, *fictious Names of unknown entities* | Civil Action No. 2:24-cv-04434 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
PURSUANT TO LOCAL CIVIL RULE 6.1(B)**

Application is hereby made for a Clerk's Order extending the time within which defendant eMerges.Com, Inc. may answer, move, or otherwise reply to the complaint. It is hereby represented that:

1. No previous extension has been requested or obtained;

2. Plaintiffs filed their complaint in the Superior Court of New Jersey, Bergen County on February 20, 2024.

3. On March 2, 2024, Plaintiffs delivered the complaint to EMerges.Com, Inc.'s registered agent in Maryland;

4. eMerges.Com, Inc. removed this action to this Court on April 1, 2024.

5. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), eMerges.Com, Inc.'s time to answer, move, or otherwise reply is April 8, 2024.

6. Fourteen (14) days from April 8, 2024, is April 22, 2024.

Dated: April 2, 2024

Respectfully submitted,

**RKW, LLC**

By: */s/ Stacey Torres*
Stacey Torres, Esq. (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Attorneys for Defendant*
*eMerges.com Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2024, a copy of the foregoing Application for Extension of Time was served on counsel of record via the Court's ECF system and sent via email to the following counsel: Rajiv Parikh <rparikh@pemlawfirm.com>; Kathleen Barnett Einhorn <keinhorn@pemlawfirm.com>; Ryan McGee x3030 <rmcgee@forthepeople.com>; John Yanchunis x2191 <JYanchunis@forthepeople.com>; Melissa Hill x28447 <melissahill@ForThePeople.com>

*/s/ Stacey Torres*
Stacey Torres, Esq. (293522020)