**RKW, LLC**
Stacey Torres (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Attorneys for Defendant
  eMerges.com Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION *As assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement Officer,* JANE DOE-2, *a law enforcement Officer,* EDWIN MALDONADO SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>E-MERGES.COM INC., RICHARD ROES 1-10, *fictious names of unknown individuals* And ABC COMPANIES 1-10, *fictious Names of unknown entities* | Civil Action No.: 1:24-cv-04434-HB<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF H. MARK STICHEL, ESQ.** |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, shall move before the Honorable Harvey Bartle, III, U.S.D.C. Judge, at the United States Federal Courthouse, Camden, New Jersey, for an Order admitting H. Mark Stichel, Esq., to practice before this Court *pro hac vice* pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey an otherwise participate in the defense of this action on behalf of eMerges.Com, Inc.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, eMerges.Com, Inc. shall rely on the Certifications of H. Mark Stichel, Esq. and Stacey Torres, Esq., submitted herewith.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned waives oral argument.

**PLEASE TAKE FURTHER NOTICE,** that a proposed form of Order is submitted.

                                              **RKW, LLC**
                                              By:   /s/ *Stacey Torres*
                                              Stacey Torres (293522020)
                                              10075 Red Run Blvd, Ste 401
                                              Owings Mills, Maryland 21117
                                              (443) 379-8941
                                              storres@rkwlawgroup.com

                                              *Attorneys for Defendant*
                                                *eMerges.com Inc.*

## CERTIFICATE OF SERVICE

On April 15, 2024, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey, Camden, New Jersey, via Electronic Filing, Defendant eMerges.Com, Inc.'s Motion for Leave for H. Mark Stichel, Esq. to Appear *Pro Hac Vice*, proposed Form of Order and Certifications of H. Mark Stichel, Esq., and Stacey Torres, Esq.

On April 15, 2024, I caused a copy of Defendant eMerges.Com, Inc.'s Motion for Leave for H. Mark Stichel, Esq. to Appear *Pro Hac Vice*, proposed Form of Order and Certifications of H. Mark Stichel, Esq., and Stacey Torres, Esq. and the within Certificate of Service to be delivered via electronic mail upon Rajiv Parih (rparikh@pemlawfirm.com); Kathleen Barnett Einhorn (keinhorn@pemlawfirm.com); Ryan McGee (rmcgee@forthepeople.com); John Yanchun (JYanchunis@forthepeople.com; and Melissa Hill (melissahill@forthepeople.com).

I hereby certify that the foregoing statements made by me are true. I am aware that if any statement made by me is willfully false, I am subject to punishment.

          **RKW, LLC**
          By:    /s/ *Stacey Torres*
          Stacey Torres (293522020)