UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                    **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4434 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
         v.
E-MERGES.COM INC.

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  10:00 AM                Time Adjourned: 12:20 PM

Total: <u>2 hours and 20 minutes</u>

                                    s/ *David Bruey*
                                    **DEPUTY CLERK**