**RKW, LLC**
Stacey Torres (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Attorneys for Defendant*
  *eMerges.com Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION *As assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement Officer,* JANE DOE-2, *a law enforcement Officer,* EDWIN MALDONADO SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>eMERGES.COM INC., RICHARD ROES 1-10, *fictious names of unknown individuals* And ABC COMPANIES 1-10, *fictious Names of unknown entities* | Civil Action No.: 1:24-cv-04434-HB<br><br>**ORDER FOR ADMISSION OF H. MARK STICHEL, ESQ.** *PRO HAC VICE* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

THIS MATTER having ben opened to the Court upon motion of Defendant eMerges.com, Inc., by way of their attorneys, RKW, LLC (Stacey Torres, Esq., appearing), on notice to Plaintiff's Attorneys, for an Order pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey to admit H. Mark Stichel, Esq. *pro hac vice* in this matter, and the Court having considered Defendant's request; and for good cause shown;

IT IS on this 23rd day of __April__, 2024;

ORDERED, that H. Mark Stichel, Esq. shall be admitted *pro hac vice* and that he be permitted to appear before this court and otherwise participate in the defense of this action on behalf of Defendant, eMerges.com, Inc.; and it is

FURTHER ORDERED that H. Mark Stichel, Esq., shall notify the Clerk immediately of any matter affecting his standing at the bar of any other Court; and it is

FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court will be signed by an attorney affiliated with the law firm, RKW, LLC, who is admitted and authorized to practice in this State, who shall be responsible for their conduct in this action; and it is

FURTHER ORDERED that a try copy of this Order shall be deemed served upon all counsel within ____ of its entry.

*Harvey Bartle III*
HONORABLE HARVEY BARTLE, III