UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #**  CV 24-4434 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
         v.
E-MERGES.COM INC.

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:14 PM                    Time Adjourned: 3:16 PM

Total:  2 minutes

                                    s/ *David Bruey*
                                    **DEPUTY CLERK**