**OWINGS MILLS**
10075 Red Run Boulevard
Suite 401
Owings Mills, MD 21117
(443) 738-4900

**FREDERICK**
10 N. Jefferson St.
Suite 200
Frederick, MD 21701
(240) 220-2415

Stacey Torres, Esquire
STorres@RKWLawGroup.com
Direct Dial: (443) 379-8941

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. eMerges.com, Inc.,* No. 1:24-cv-04434-HB (D.N.J.)
      Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents the Defendant, eMerges.com, Inc. ("Defendant"), in the above-referenced matter. We write to advise the Court that Defendant joins Defendants' Consolidated Motion to Dismiss and Memorandum in Support thereof, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v.* Lightbox Parent, L.P., No. 1:24-cv-04105-HB (D.N.J) (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

Stacey Torres

cc:  Counsel of Record (via ECF)