**RKW LAW GROUP**

OWINGS MILLS
10075 Red Run Boulevard
Suite 401
Owings Mills, MD 21117
(443) 738-4900

FREDERICK
10 N. Jefferson St.
Suite 200
Frederick, MD 21701
(240) 220-2415

Stacey Torres, Esquire
STorres@RKWLawGroup.com
Direct Dial: (443) 379-8941

June 17, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    *Atlas Data Privacy Corp., et al v. eMerges.com, Inc.,*
              No. 1:24-cv-04434-HB (D.N.J.)
              **Joinder in Supplemental Memorandum in Support of Dismissal**

Dear Judge Bartle:

      This firm represents the Defendant eMerges.com, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Supplemental Memorandum in Support of Dismissal that was filed on June 14, 2024, in the actions captioned *Atlas Data Privacy Corporation, et al. v. Whitepages, Inc.*, Doc 41, Case No. 1:24-cv-3998-HB (D.N.J), and *Atlas Data Privacy Corporation, et al. v. Hiya, Inc*., Doc 41, Doc. 34. Case No. 1:24-cv-4000-HB (D.N.J).

                                                  Respectfully submitted,

                                                  Stacey Torres

cc:  Counsel of Record (via ECF)