

| | |
|---|---|
| **OWINGS MILLS** | **FREDERICK** |
| 10075 Red Run Boulevard | 10 N. Jefferson St. |
| Suite 401 | Suite 200 |
| Owings Mills, MD 21117 | Frederick, MD 21701 |
| (443) 738-4900 | (240) 220-2415 |

Stacey Torres, Esquire
STorres@RKWLawGroup.com
Direct Dial: (443) 379-8941

June 17, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re: *Atlas Data Privacy Corp., et al v. eMerges.com, Inc.,*
> No. 1:24-cv-04434-HB (D.N.J.)
> Joinder in Supplemental Memorandum in Support of Dismissal

Dear Judge Bartle:

This firm represents the Defendant eMerges.com, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Supplemental Memorandum in Support of Dismissal that was filed on June 14, 2024, in the actions captioned *Atlas Data Privacy Corporation, et al. v. Whitepages, Inc.*, Doc 41, Case No. 1:24-cv-3998-HB (D.N.J), and *Atlas Data Privacy Corporation, et al. v. Hiya, Inc*., Doc 41, Doc. 34. Case No. 1:24-cv-4000-HB (D.N.J).

Respectfully submitted,

*[signature]*

Stacey Torres

cc: Counsel of Record (via ECF)