**RKW LAW GROUP**

**BALTIMORE**
10075 Red Run Blvd.
4th Floor
Owings Mills, MD 21117
(410) 379-4011

**FREDERICK**
10 N. Jefferson Street
Suite 200
Frederick, MD 21701
(240) 220-2411

_____

Stacey Torres, Esq.
(443) 379-8941
storres@rkwlawgroup.com

September 16, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. eMerges.com, Inc.,* No. 1:24-cv-04434-HB (D.N.J.)
      Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents the defendant eMerges.com, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Reply Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss, which was filed on September 13, 2024, in the action captioned *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.,* Doc. 54, No. 1:24-cv-04105-HB (D.N.J) (Doc. 54) (the "Consolidated Reply") and the Supplemental Memorandum in Support of Dismissal filed which was filed on September 13, 2024, in the actions captioned *Atlas Data Privacy Corporation, et al. v. Whitepages, Inc.*, Case No. 1:24-cv-3998-HB (D.N.J), ("Supplemental Memorandum").

For the reasons set forth in the Consolidated Reply and the Supplemental Memorandum, Defendant respectfully requests that the Court grant the Consolidated Motion to Dismiss which Defendant has previously joined and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*Stacey Torres*

Stacey Torres

cc:  Counsel of Record (via ECF)