

**BALTIMORE**
10075 Red Run Blvd.
4th Floor
Owings Mills, MD 21117
(410) 379-4011

**FREDERICK**
10 N. Jefferson Street
Suite 200
Frederick, MD 21701
(240) 220-2411

Stacey Torres, Esq.
(443) 379-8941
storres@rkwlawgroup.com

October 14, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. eMerges.com, Inc.,* No. 1:24-cv-04434-HB (D.N.J.)
      Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

      This firm represents the defendant eMerges.com, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss, which was filed on October 11, 2024, in the action captioned *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.,* No. 1:24-cv-04105-HB (D.N.J) (Doc. 66) ("Supplemental Memorandum of Law").

      For the reasons set forth in the Supplemental Memorandum of Law and all papers previously filed or joined by Defendant, Defendant respectfully requests that the Court grant the Consolidated Motion to Dismiss and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

Stacey Torres

cc: Counsel of Record (via ECF)