# UNITED STATES DISTRICT COURT
для
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-4096 | |
| ) | | |
| Delvepoint, LLC, et. al. ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-4098 | |
| ) | | |
| Quantarium Alliance, LLC, et. al. ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-4103 | |
| ) | | |
| Yardi Systems, Inc., et. al. ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-4141 | |
| ) | | |
| Digital Safety Products, LLC, et. al. ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-4143 | |
| ) | | |
| Cvil Data Research ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>    *Plaintiff* )<br>        v. )<br>          )<br>Scalable Commerce, LLC, et. al. )<br>    *Defendant* ) | | Case No. 24-4160 |

Atlas Data Privacy Corporation, et. al.        )
    *Plaintiff*        )
        v.        )        Case No. 24-4160
          )
Scalable Commerce, LLC, et. al.        )
    *Defendant*        )

Atlas Data Privacy Corporation, et. al.        )
    *Plaintiff*        )
        v.        )        Case No. 24-4174
          )
Labels & Lists, Inc., et. al.        )
    *Defendant*        )

Atlas Data Privacy Corporation, et. al.        )
    *Plaintiff*        )
        v.        )        Case No. 24-4176
          )
Innovis Data Solutions Inc., et. al.        )
    *Defendant*        )

Atlas Data Privacy Corporation, et. al.        )
    *Plaintiff*        )
        v.        )        Case No. 24-4178
          )
Accurate Append, Inc., et. al.        )
    *Defendant*        )

Atlas Data Privacy Corporation, et. al.        )
    *Plaintiff*        )
        v.        )        Case No. 24-4256
          )
Zillow, Inc., et. al.        )
    *Defendant*        )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4261 |
| | ) | |
| <u>Equimine, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4292 |
| | ) | |
| <u>Melissa Data Corp., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4324 |
| | ) | |
| <u>Restoration of America, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4345 |
| | ) | |
| <u>i360, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4380 |
| | ) | |
| <u>GoHunt, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| Accuzip, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| Synaptix Technology, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| Joy Rockwell Enterprises, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| Fortnoff Financial, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| MyHeritage, Ltd., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4434 |
| | ) | |
| E-merges.com, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| Nuwber, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| RocketReach LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4949 |
| | ) | |
| Belles Camp Communications, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5600 |
| | ) | |
| Property Radar Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>The Alesco Group, L.L.C., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-5656 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>Searchbug, Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>Amerilist, Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>U.S. Data Corporation, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-7324 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>Smarty, LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-8075 |

|  |  |  |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
|  | ) | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | |
| *Defendant* | ) | |
|  |  |  |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
|  | ) | |
| <u>Darkowl, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: <u>12/6/2024</u>

*Attorney's signature* (signed)

<u>KASHIF T. CHAND</u>
<u>N.J. Bar No. 016752008</u>
*Printed name and bar number*

<u>New Jersey Division of Law</u>
<u>124 Halsey St., 5th Fl.</u>
<u>Newark, NJ 07101</u>
*Address*

<u>KASHIF.CHAND@LAW.NJOAG.GOV</u>
*E-mail address*

<u>973-648-2052</u>
*Telephone number*

<u>973-648-3879</u>
*FAX number*