IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : : | NO. 24-4045 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| DM GROUP, INC., et al. | : | NO. 24-4075 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| DELUXE CORP., et al. | : | NO. 24-4080 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| DELVEPOINT, LLC, et al. | : | NO. 24-4096 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| QUANTARIUM ALLIANCE, LLC, et al. | : : | NO. 24-4098 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| YARDI SYSTEMS, INC. | : | NO. 24-4103 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| DIGITAL SAFETY PRODUCTS, LLC, et al. | : : | NO. 24-4141 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CIVIL DATA RESEARCH, LLC, et al. | : : | NO. 24-4143 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SCALABLE COMMERCE, LLC, et al. | : | NO. 24-4160 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| LABELS & LISTS, INC., et al. | : | NO. 24-4174 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| INNOVIS DATA SOLUTIONS, INC., et al. | : | NO. 24-4176 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ACCURATE APPEND, INC., et al. | : | NO. 24-4178 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ZILLOW, INC., et al. | : | NO. 24-4256 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| EQUIMINE, INC., et al. | : | NO. 24-4261 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| THOMSON REUTERS CORPORATION, et al. | : | NO. 24-4269 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| MELISSA DATA CORP., et al. | : | NO. 24-4292 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| RESTORATION OF AMERICA, et al. | : | NO. 24-4324 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| i360, LLC, et al. | : | NO. 24-4345 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GOHUNT, LLC, et al. | : | NO. 24-4380 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SYNAPTIX TECHNOLOGY, LLC, et al. | : | NO. 24-4385 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MERGES.COM, INC. | : | NO. 24-4434 |

```
ATLAS DATA PRIVACY                  :          CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
NUWBER, INC., et al.                :          NO. 24-4609
```

```
ATLAS DATA PRIVACY                  :          CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
ROCKETREACH LLC, et al.             :          NO. 24-4664
```

```
ATLAS DATA PRIVACY                  :          CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
BELLES CAMP COMMUNICATIONS,         :          NO. 24-4949
INC., et al.                        :
```

```
ATLAS DATA PRIVACY                  :          CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
PROPERTYRADAR, INC., et al.         :          NO. 24-5600
```

```
ATLAS DATA PRIVACY                  :          CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
THE ALESCO GROUP, L.L.C.            :          NO. 24-5656
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SEARCHBUG, INC. | : | NO. 24-5658 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| AMERILIST, INC., et al. | : | NO. 24-5775 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| US DATA CORPORATION, et al. | : | NO. 24-7324 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SMARTY, LLC, et al. | : | NO. 24-8075 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| COMPACT INFORMATION SYSTEMS, LLC, et al. | : | NO. 24-8451 |

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
DARKOWL, LLC, et al.            :       NO. 24-10600
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
SPY DIALER, INC., et al.        :       NO. 24-11023
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
LIGHTHOUSE LIST COMPANY,        :       NO. 24-11443
LLC, et al.                     :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
PEOPLEWHIZ,                     :       NO. 25-237
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
GREENFLIGHT VENTURE CORP.,      :       NO. 25-1517
et al.                          :
_____
```

<u>ORDER</u>

AND NOW, this 2nd day of April 2025, after a status conference with counsel, it is hereby ORDERED that:

(1)  All previous orders of this court staying these actions are VACATED;

(2)  Plaintiffs shall file on or before May 5, 2025 one consolidated brief in opposition to defendants' motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiffs' brief shall not exceed 55 pages.

(3)  Defendants shall file on or before May 27, 2025 any reply briefs.  Any consolidated reply brief shall not exceed 25 pages and any individual reply brief shall not exceed 10 pages.

(4)  Plaintiffs shall file on or before April 17, 2025 any brief in opposition to the motion of defendants Thomson Reuters Corporation and Thomson Reuters Canada Limited in <u>Atlas Data Privacy Corp., et al. v. Thomson Reuters Corp., et al.</u>, Civ. A. No. 1:24-4269, to dismiss pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure.  Plaintiffs' brief shall not exceed 20 pages.

(5)  Defendants in <u>Atlas Data Privacy Corp., et al. v. Thomson Reuters Corp., et al.</u>, Civ. A. No. 1:24-4269, shall file

on or before April 25, 2025 any reply brief.  Defendants' reply brief shall not exceed 10 pages.

  (6) Plaintiffs shall serve on or before April 14, 2025 any interrogatories and requests for production of documents relevant to the motions of defendants to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.  Plaintiffs are precluded from additional discovery without further order of the court.

  (7) Defendants shall serve on or before May 14, 2025 answers to interrogatories and documents in response to requests for production.

  (8) The court will thereafter schedule a status conference concerning the pending motions under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

  (9) Plaintiffs shall file on or before April 17, 2025 any motion to disqualify counsel for defendants in <u>Atlas Data Privacy Corp., et al. v. GoHunt, LLC, et al.</u>, Civ. A. No. 24-4380.

  (10) Defendants in <u>Atlas Data Privacy Corp., et al. v. GoHunt, LLC, et al.</u>, Civ. A. No. 24-4380, shall file any brief in opposition to any motion to disqualify counsel on or before May 1, 2025.

(11) Plaintiffs shall file any reply on or before May 9, 2025.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.