**RKW, LLC**
Stacey Torres, Esq. (293522020)
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117
(443) 379-8941
storres@rkwlawgroup.com

*Attorneys for Defendant
  eMerges.com Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION *As assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement Officer,* JANE DOE-2, *a law enforcement Officer,* EDWIN MALDONADO SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>E-MERGES.COM INC., RICHARD ROES 1-10, *fictious names of unknown individuals* And ABC COMPANIES 1-10, *fictious Names of unknown entities* | Civil Action No. 1:24-cv-04434 |

* * * * * * * * * * * * *

**PARTIAL WITHDRAWAL OF MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P 12(B)(2) ONLY**

On March 18, eMerges.com. Inc. ("eMerges.com"), by its attorneys, moved pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure that the Court dismiss with prejudice the Plaintiffs' Complaint on the grounds that the Court lacks personal jurisdiction over eMerges.com and that the Complaint fails to state a claim upon which relief can be granted. **See** Doc. 50. eMerges.com hereby withdraws its motion pursuant to Fed. R. Civ. P. 12(b)(2) that the

Court dismiss the Plaintiff's Complaint on the ground that the Court lacks personal jurisdiction over it. eMerges.com, however, maintains its motion pursuant to Fed. R. Civ. P. 12(b)(6) that the Complaint fails to state a claim upon which relief can be granted.

    Respectfully submitted,

    **RKW, LLC**

    By: /s/ *H. Mark Stichel*
    H. Mark Stichel*
    Stacey Torres (293522020)
    10075 Red Run Blvd, Ste 401
    Owings Mills, Maryland 21117
    (443) 379-8941
    storres@rkwlawgroup.com
    hmstichel@rkwlawgroup.com

    *\* Admitted pro hac vice*

    *Attorneys for Defendant*
      *eMerges.com Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this ___ day of May 2025, a copy of the foregoing Partial Withdrawal of Motion to Dismiss as it pertains to the Personal Jurisdiction ONLY, was sent via the courts electronic filing system to all counsel of record.

    By: /s/ *H. Mark Stichel*
    H. Mark Stichel*
    Stacey Torres (293522020)