```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MERGES.COM INC., et al. | : | NO. 24-4434 |

ORDER

AND NOW, this 9th day of June 2025, it is hereby ORDERED that the Motion of defendant E-Merges.com Inc. to withdraw its motion to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure (Doc. #60) is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                     J.