UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    September 12, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    FRANCESCA DI BELLA

**TITLE OF CASE:**                **DOCKET NO.:** 24-4434 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
E-MERGES.COM, INC.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   10:48a.m.    Time Adjourned: 10:49a.m.    Total Time in Court: 0:01