**CARMAGNOLA & RITARDI, LLC**
Steven F. Ritardi, Esq. (029021987)
60 Washington Street
Morristown, NJ  07960
(973) 267-4445
Attorney for Defendant, eMerges.com Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>E-MERGES.COM, INC., et al.,<br><br>Defendants. | Civil Action No.: 1:24-cv-04434-HB<br><br><br>Civil Action<br><br>**NOTICE OF APPEARANCE AS LOCAL COUNSEL** |

TO:   Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as local counsel pursuant to Local Rule 101.1 for RKW, LLC (H. Mark Stichel appearing *Pro Hac Vice)* on behalf of Defendant, eMerges.com, Inc., in the within matter and hereby requests that all future communications be directed to the undersigned and H. Mark Stichel (hmstichel@rkwlawgroup.com).  Moving forward the undersigned will be responsible for H. Mark Stichel's compliance with Local Rule 101.1.

> CARMAGNOLA & RITARDI, LLC
> Attorney for Defendant, eMerges.com Inc.
>
> By:  */s/ Steven F. Ritardi*
>         Steven F. Ritardi, Esq. (029021987)
>         Email: sritardi@cr-law.net

DATED:   October 1, 2025