IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION *<br>*As assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement Officer,* JANE DOE-2, *a law enforcement Officer,* EDWIN MALDONADO SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN *<br><br>    Plaintiffs, *<br><br>v. *<br><br>E-MERGES.COM INC., RICHARD ROES 1-10, *fictious names of unknown individuals* And ABC COMPANIES 1-10, *fictious Names of unknown entities* * | Civil Action No. 2:24-cv-04434 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE TO WITHDRAW APPEARANCE**

Please withdraw the appearance of Stacey Torres as counsel for E-Merges.Com, Inc. in this matter.

Dated:                                                                        Respectfully submitted,


                                                                                        By:   */s/ Stacey Torres*
                                                                                        Stacey Torres, Esq. (293522020)