

**CARMAGNOLA & RITARDI, LLC**
ATTORNEYS AT LAW

60 WASHINGTON STREET - MORRISTOWN, NJ 07960
T. 973.267.4445      F. 973.267.4456
WWW.CR-LAW.NET

**STEVEN F. RITARDI**
sritardi@cr-law.net

November 3, 2025

<u>**Via ecf**</u>

Honorable Harvey Bartle, III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   Re: Atlas Data Privacy Corp., et al. v. e-Merges.Com, Inc., et al.
     Case No. 1:24-cv-04434-HB
     Joinder in Defendants' Request to Stay or in the Alternative
     Joint Proposed Discovery Schedule

Dear Judge Bartle:

  This firm represents the defendant eMerges.com, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the letter Request to Stay, or in the alternative, Joint Proposed Discovery Schedule, which was filed under Dkt. No. 71 in the action captioned as *Atlas Data Privacy Corp., et al v. Joy Rockwell Enterprises, Inc. et al* (No. 1:24-cv-04389-HB). For the reasons set forth in the letter, Defendant respectfully requests that a stay be issued by this Court, or in the alternative, that this Court adopt the proposed discovery schedule.

  Thank you for your consideration.

           Very truly yours,

           CARMAGNOLA & RITARDI, LLC

           */s/ Steven F. Ritardi*
           STEVEN F. RITARDI
           A Member of the Firm

SFR/mz