AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| E-MERGES.COM INC., SHAWN HARMON (formerly identified as RICHARD ROE 1), RICHARD ROES 2-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   1:24-CV-04434

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Shawn Harmon
212 Prince George's Street
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia R. Livingston
PEM Law, LLP
1 Boland Dr., Ste. 104
West Orange, NJ 07052
jlivingston@pemlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:         04/15/2026

*Signature of Clerk or Deputy Clerk*