UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: June 29, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kimberly Wilson

**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-4434 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
E-MERGES.COM INC.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:    11:21 a.m.
Total Time: 1 Minute

                                        s/ Ivannya Fitzgerald
                                           **DEPUTY CLERK**