UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN          **PROCEEDING DATE**: July 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Megan McKay-Soule

**TITLE OF CASE:**          **DOCKET #:** 1:24-cv-4434 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
E-MERGES.COM INC.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:   10:52 a.m.
Total Time: 1 Minute

                 s/ Ivannya Fitzgerald
                   **DEPUTY CLERK**