September 21, 2026

**VIA ECF**
Honorable Harvey Bartle III
District of New Jersey (by designation)
c/o Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: Atlas Data Privacy Corp., et al. v. E-Merges.com Inc.**
**Civil Action No. 24-cv-4434**

Dear Judge Bartle:

The parties in the above-captioned case write jointly to inform the Court that they have reached a settlement in principle and are in the process of executing the final agreement.

With the Court's permission, the parties will not exchange discovery requests by this week's deadline. If the Court would prefer the parties complete an ESI conference and exchange discovery requests per the Court's scheduling order, the parties will of course do so.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ H. Mark Stichel*
H. Mark Stichel
**RKW, LLC**
10075 Red Run Blvd, 4th Floor
Owings Mills, Maryland 21117
T: 443-379-8987
HMStichel@RKWlawgroup.com

*/s/ Julia R. Livingston*
Julia R. Livingston
**PEM Law, LLP**
1 Boland Drive, Suite 104
West Orange, New Jersey 07052
T: 973-640-7659
jlivingston@pemlawfirm.com