**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**PEM LAW LLP**
Rajiv D. Parikh, Esq.
Jessica A. Merejo, Esq.
Julia R. Livingston, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone.: (973) 577-5500
Facsimile: (973) 860-4433
Email(s): rparikh@pemlawfirm.com
jmerejo@pemlawfirm.com
jlivingston@pemlawfirm.com

*Attorneys for Plaintiffs*

**CARMAGNOLA & RITARDI, LLC**
Steven F. Ritardi
60 Washington Street
Morristown, New Jersey 07960
Telephone: 973-267-4445
Facsimile: 973-267-4456
Email: SRitardi@cr-law.net

*Attorneys for Defendant*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1*, a law enforcement officer;* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, PATRICK COLLIGAN, JUSTYNA MALONEY, SCOTT MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br>EMERGES.COM INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | 24-cv-4434 (HB)<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Jane Doe-1 and Jane Doe-2, law enforcement officers; Patrick Colligan, Edwin Maldonado, Scott Maloney, Justyna Maloney,

and Peter Andreyev (collectively "Plaintiffs") and Defendant Emerges.com Inc. ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

The Parties and any other person subject to the terms of the Settlement Agreement dated September 18, 2026 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the Agreement.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Julia R. Livingston*________
JULIA R. LIVINGSTON

Dated: October 12, 2026

**CARMAGNOLA & RITARDI, LLC**
*Attorneys for Defendant*

/s/*Steven F. Ritardi*_______________
STEVEN F. RITARDI

Dated: October 12, 2026