**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 25-1580

Atlas Data Privacy Corp, et al v. E-Merges.com Inc.

(U.S. District Court No.: 1:24-cv-04434)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 14, 2026
LMR/cc: David Boies, Esq.
Alan J. Butler, Esq.
Kashif T. Chand, Esq.
Rebekah R. Conroy, Esq.
Liza B. Fleming, Esq.
Ronald G. London, Esq.
Mark C. Mao, Esq.
Eric M. Palmer, Esq.
Rajiv D. Parikh, Esq.
Samantha D. Parrish, Esq.
Melissa E. Rhoads,
Jennifer L. Sarvadi, Esq.
Adam R. Shaw, Esq.
Mathura J. Sridharan, Esq.
H. Mark Stichel, Esq.
Robert D. Tilley, Esq.
Michael L. Zuckerman, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate